# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Milazzo, Jane T. | 2. Court or Organization<br><br>United States District Court, Eastern District of Louisiana | 3. Date of Report<br><br>06/22/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-206<br>New Orleans, Louisiana 70130 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | MJ Holding Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Campus Federal Credit Union Checking/ Savings Accounts | A | Interest | J | T | | | | | |
| 2. | St. Tammany Parish Wide Sch LA Bonds | A | Interest | | | Redeemed | 03/02/15 | J | A | |
| 3. | Webster Parish LA Sch Dis 6 Bonds | A | Interest | | | Redeemed | 03/02/15 | J | A | |
| 4. | E.I. du Ponit de Nemours & Co Stock | B | Dividend | K | T | | | | | |
| 5. | Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | J | T | | | | | |
| 6. | Schwab Cap Laudus Intl Mk Master | B | Dividend | J | T | | | | | |
| 7. | Royce Opportunity Fund | A | Dividend | L | T | | | | | |
| 8. | Vanguard Index Fd Sml Cp Grw Inv | A | Dividend | M | T | | | | | |
| 9. | SPDR S&P 500 Trust | A | Dividend | L | T | | | | | |
| 10. | Columbia Property Trust,Inc. | B | Dividend | K | W | | | | | |
| 11. | | | | | | | | | | #11 Intentionally Blank |
| 12. | | | | | | | | | | #12 Intentionally Blank |
| 13. | MetLife Universal Life Cash Surrender Value | | None | K | T | | | | | |
| 14. | FMT/DFA Real Estate Securities | | None | K | T | | | | | |
| 15. | FMT/DFA International Real Estate | | None | K | T | | | | | |
| 16. | FMT/DFA Commodity Strategy Portfolio | | None | | | Sold | 01/01/15 | K | A | See Note in Part VIII |
| 17. | FMT/DFA US Large Cap Value | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | #18 Intentionally Blank |
| 19. FMT/DFA International Small Cap Value | | None | | | Sold | 01/01/15 | L | A | See Note in Part VIII |
| 20. FMT/DFA Emerging Markets Value | | None | | | Sold | 01/01/15 | K | A | See Note in Part VIII |
| 21. FMT International Value Opportunities (Tradewinds) | | None | | | Sold | 01/01/15 | J | A | See Note in Part VIII |
| 22. FMT/DFA Emerging Markets Small-Cap | | None | K | T | | | | | |
| 23. START LA Account | A | Int./Div. | K | T | | | | | |
| 24. ING Fixed Acount | A | Int./Div. | K | T | | | | | |
| 25. American Movil SA De CV ADR | | None | J | T | | | | | |
| 26. AT&T, Inc | A | Dividend | J | T | | | | | |
| 27. Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 28. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 29. Che.vron Corp | A | Dividend | J | T | | | | | |
| 30. Chicago Bridge & Iron Co | A | Dividend | | | Sold | 04/24/15 | J | A | See Note in Part VIII |
| 31. Comcast Corp Cl A | A | Dividend | J | T | | | | | |
| 32. Ford Motor co | A | Dividend | J | T | | | | | |
| 33. Gatx Corp | A | Dividend | J | T | | | | | |
| 34. General Electric Co | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GlaxoSmithKline PLC | A | Dividend | J | T | | | | | |
| 36. Home Depot | A | Dividend | K | T | | | | | |
| 37. McDonalds | A | Dividend | J | T | | | | | |
| 38. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 39. Pepco Holdings Inc | A | Dividend | J | T | | | | | |
| 40. Pepsico Inc | A | Dividend | J | T | | | | | |
| 41. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 42. Southwest Airlines | A | Dividend | | | Sold | 04/24/15 | J | D | |
| 43. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 44. Tredegar Industries | A | Dividend | J | T | | | | | |
| 45. Verizon | A | Dividend | J | T | | | | | |
| 46. Allstate Corp | A | Dividend | J | T | | | | | |
| 47. Archer Daniels Miand co | A | Dividend | J | T | | | | | |
| 48. Ensco Intl PLC new | A | Dividend | J | T | | | | | |
| 49. Express Scripts Holding Co | A | Dividend | J | T | | | | | |
| 50. Arthur Gallagher & Co | A | Dividend | K | T | | | | | |
| 51. Hancock Holding Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IBM | A | Dividend | J | T | | | | | |
| 53. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 54. Microsoft | A | Dividend | J | T | | | | | |
| 55. Rockwell Automation | A | Dividend | J | T | | | | | |
| 56. Rockwell Collins Inc | A | Dividend | J | T | | | | | |
| 57. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | # 58-intentionally blank |
| 59. UBS Group AG | A | Dividend | J | T | | | | | See Note in Part VIII |
| 60. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 61. Walt Disney co | A | Dividend | J | T | | | | | |
| 62. Yum Brands | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | #63 Intentionally Blank |
| 64. T Rowe Price Inst Mid Cap Equity Growth | A | Dividend | L | T | | | | | |
| 65. Ishares MSCI EAFE Value Index Fund | A | Int./Div. | K | T | Buy (add'l) | 10/12/15 | J | | |
| 66. Vanguard Short Term Bond Fund | A | Dividend | K | T | Buy (add'l) | 05/11/15 | J | | |
| 67. Vanguard Total Bond Market ETF | A | Dividend | M | T | Buy (add'l) | 05/14/15 | J | | |
| 68. Vanguard Total World Stock ETF | A | Dividend | M | T | Sold (part) | 01/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard CRSP US Small Cap Value Ind | A | Dividend | L | T | Sold (part) | 01/22/15 | J | A | |
| 70. ALPS Funds Aspen Managed Futures | A | Dividend | K | T | | | | | |
| 71. American Century Global Real Estate Inst | A | Dividend | K | T | | | | | |
| 72. Calamos Evolving World Grwth | A | Dividend | K | T | | | | | |
| 73. Fidelity Fds New Mkts Inc | A | Dividend | J | T | | | | | |
| 74. JP Morgan Strategic Income Opp Fd Select | A | Dividend | K | T | | | | | |
| 75. T Rowe Price Value Fund | A | Dividend | K | T | | | | | |
| 76. Templeton Emerg Markets Sm Cap Fd Adv | A | Dividend | K | T | Buy (add'l) | 05/11/15 | J | | |
| 77. Templeton Global Total Return Fund Adv | A | Dividend | L | T | Buy (add'l) | 05/12/15 | J | | |
| 78. Thornburg Ltd-Term Inc Instl | A | Dividend | K | T | Buy (add'l) | 05/11/15 | J | | |
| 79. | | | | | | | | | #79 Intentionally Blank |
| 80. First Mercantile Trust, FFTW Income Plus | A | Dividend | K | T | | | | | See note in Part VIII |
| 81. Amazon Company Inc | | None | K | T | | | | | |
| 82. | | | | | | | | | # 82 Intentionally blank |
| 83. Alphabet Inc. | | None | L | T | | | | | See Note in Part VIII |
| 84. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 85. SPDR Global Real Estate ETF | | None | J | T | Sold (part) | 01/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Emerging Small Cap | | None | | | Sold | 11/18/15 | J | A | |
| 87. Vanguard Emerging Markets ETF | A | Int./Div. | | | Sold | 11/18/15 | J | A | |
| 88. Vanguard CRSP US Large Cap Value Ind | A | Dividend | K | T | | | | | |
| 89. ALPS Funds Aspen Managed Futures | A | Dividend | J | T | Sold (part) | 01/22/15 | J | A | |
| 90. MJ Holding Company, see assets below (H) | | | | | | | | | |
| 91. Property #2, Napoleonville, LA | | None | J | W | | | | | |
| 92. Property #4, Napoleonville, LA | | None | K | W | | | | | |
| 93. Property #5, Napoleonville, LA | | None | K | W | | | | | |
| 94. Airtap Communications, LLC | | None | | | Sold | 12/31/15 | J | A | |
| 95. Multicom Investments, LLC | | None | | | Sold | 12/31/15 | J | A | |
| 96. Vanguard Total World Stock Fund | | None | | | Merged (with line 68) | 01/01/15 | | | See Note in Part VIII |
| 97. Vanguard CRSP Small Cap Value Ind | | None | | | Merged (with line 69) | 01/01/15 | | | See Note in Part VIII |
| 98. PIMCO Total Return | | None | | | Sold | 01/01/15 | K | A | See Note in Part VIII |
| 99. DFA Int'l Core Equity Portfolio I | A | Dividend | K | T | | | | | |
| 100. DFA U.S. Small Cap Value Portfolio I | C | Dividend | M | T | | | | | |
| 101. Vanguard Inflation-Protected Sec Admiral | A | Dividend | K | T | | | | | |
| 102. DFA Intl Small Company Portfolio I | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 104. DFA U.S. Large Company Portfolio Inst | A | Dividend | L | T | | | | | |
| 105. State Stree Bank and Trust Checking/ Savings Account | | None | | | Closed | 01/01/15 | K | A | |
| 106. Edward Jones Money Market Cash Account | A | Interest | K | T | | | | | |
| 107. TDAM Municipal Portfolio Class A Cash | A | Interest | J | T | | | | | |
| 108. FDIC Insured Deposit Account Cash | A | Interest | J | T | | | | | |
| 109. Origin Bank Money Market | A | Interest | J | T | Open | 01/01/15 | J | | See Note in Part VIII |
| 110. Bossier Parish LA Sch Distr GO 3.375 (X) | A | Interest | K | T | Buy | 05/27/15 | J | | See Note in Part VIII |
| 111. Charles Scwab Money Market (X) | A | Interest | J | T | Open | 01/01/15 | J | | See Note in Part VIII |
| 112. Tesla Motors Inc. (X) | A | Dividend | J | T | Buy | 05/14/15 | J | | See Note in Part VIII |
| 113. Calamos Evolving World Growth A (X) | A | Dividend | J | T | Buy | 08/27/15 | J | | See Note in Part VIII |
| 114. Templeton Emerging Markets Small Cap A (X) | A | Dividend | J | T | Buy | 11/20/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1

As a partner in MJ Holding Company, I do have the ability to direct or influence policy decisions which affect the purchase, exchange, sale, or disposition of the specific assets within this partnership; therefore, I have identified the assets of the partnership in Section 7, numbers 90-95

Part VIII

#16 Removed from asset allocation when retirement account was moved to Vanguard in 2014.

#19 Removed from asset allocation when retirement account was moved to Vanguard in 2014.

#20 Removed from asset allocation when retirement account was moved to Vanguard in 2014.

#21 Removed from asset allocation when retirement account was moved to Vanguard in 2014.

#30 Sold for less than $1,000 and less than $1,000 gain.

#59 Name was UBS AG new but is now UBS Group AG

#80 Referred to as "Stable Value Fund" on the brokerage statement

#83 Name changed from Google Inc. to Alphabet Inc. on 10/05/15.

#96 Duplicate of Asset #68

#97 Duplicate of Asset #69

#98 Asset was sold in 2014 and inadvertently remained on the 2014 FDS Report. Sold and reinvested in Vanguard Total Bond Market Index Fund.

#109 The cash account in the Argent Trust brokerage account was CTB Money Market Cash in 2014.

#110 -#111 On 2014 FDR, this asset was additional purchases of Vanguard Total World Stock ETF. In 2015, the value of Vanguard Total World Stock ETF is all included in Asset #68.

#112 On 2014 FDR, this asset was additional purchases of Vanguard CRSP US Small Cap Value Ind. In 2015, the value of Vanguard CRSP US Small Cap Value Ind is all included in Asset #69.

#113 Purchased $5,900 of Calamos Evolving World Growth A in Ameritrade account #3015 on 11/20/15 and $1,000 of Calamos Evolving World Growth A in Ameritrade account #1125 on 8/27/15.

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 06/22/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544